

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00857-CV

In the Interest of **J.L.A.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02800
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 7, 2014.

_____
Karen Angelini, Justice